# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

JOHN DIMECH                          §
                                     §
    *Plaintiff,*                    §
                                     §
v.                                   §   **CIVIL ACTION NO. 4:25-cv-00252**
                                     §
SHELL TRADING (US) CO.,              §
                                     §
    *Defendant.*                    §

## PLAINTIFF JOHN DIMECH'S NOTICE OF APPEAL

Notice is hereby given that Plaintiff John Dimech appeals to the United States Court of Appeals for the Fifth Circuit from the district court's Final Judgment entered on August 28, 2025 (Dkt No. 19) and Order entered on August 28, 2025 (Dkt No. 18). Signed on September 24, 2025

Respectfully submitted,

LAW OFFICE OF DAVID J. QUAN

*/s/ David J. Quan*

David J. Quan
TX State Bar No. 16422300
Federal ID No. 20073
4545 Bissonnet St., Suite 298
Bellaire, TX 77401
dquan@davidquallaw.com

***Attorney-in-Charge for Plaintiff John Dimech***

1

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney certifies that, on September 25, 2025, a true and correct copy was filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record who are registered in this matter.

$/s/$ *David J. Quan*

David J. Quan