# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

February 24, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 25-20433    Dimech v. Shell Trading
               USDC No. 4:25-CV-252

Enclosed is an order entered in this case.

        Sincerely,

        LYLE W. CAYCE, Clerk

*Christy Combel*

        By: _____
        Christy M. Combel, Deputy Clerk
        504-310-7651

Ms. Shauna Johnson Clark
Mr. Warren S. Huang
Mr. Nathan Ochsner
Mr. David J. Quan
Ms. Heather Lynn Sherrod