# United States Court of Appeals
# for the Fifth Circuit

_____

No. 25-20433

_____

United States Court of Appeals
Fifth Circuit

**FILED**

February 24, 2026

Lyle W. Cayce
Clerk

John Dimech,

*Plaintiff—Appellant*,

*versus*

Shell Trading U.S. Company,

*Defendant—Appellee.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:25-CV-252

_____

ORDER:

IT IS ORDERED that Appellant's unopposed motion for an extension of 21 days, or, to and until March 16, 2026, to file the brief is GRANTED.

_____
Andrew S. Oldham
*United States Circuit Judge*