# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

March 17, 2026

Mr. David J. Quan
Law Office of David J. Quan
4545 Bissonnet Street
Suite 298
Bellaire, TX 77002

    No. 25-20433   Dimech v. Shell Trading
                  USDC No. 4:25-CV-252

Dear Mr. Quan,

Your brief was received out of time. Unless you remedy your default within 14 days from the date of this letter, your appeal will be dismissed without further notice pursuant to 5th Cir. R. 42.3.

        Sincerely,

        LYLE W. CAYCE, Clerk

        *Christy Combel*

        By: _____
        Christy M. Combel, Deputy Clerk
        504-310-7651

cc:
    Ms. Shauna Johnson Clark
    Mr. Warren S. Huang
    Ms. Heather Lynn Sherrod